07-136M

## Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No |
| R 3163355 | Starks Nathaniel | 4976 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 03/01/2007  1210 | DE Title 11 Section 840 |

Place of Offense: Bldg #266 Base Exchange Dover AFB 1901

Offense Description: Shop lifting

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone ( ) |
|---|---|---|---|
| Flores | Rene | NMI | |

| Street Address | | | |
|---|---|---|---|

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Felton | DE | 19943 | (redacted) 64 |

| Drivers License No | D.L. State | Social Security No |
|---|---|---|
| | DE | (redacted) |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 96777 | DE | 2001 | Ford Mustang | Blue |

Hair: Blk  Eyes: Brn  Height: 6'8"  Weight: 180

VIN: _____

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT → $ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court, 844 King St, Wilmington DE 19801

Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

---

REDACTED

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 3, 2007 while exercising my duties as a law enforcement officer in the Kent District of Delaware

At approximately 1210 hrs at Shoplifting officer Base Exchange, I made contact with store detective Burgess. Burgess explained that he observed Flores select several items, conceal them in a folded news paper, then depart the exchange without rendering payment. Burgess stated that Flores placed the items in his 2001 Blue Ford Mustang. Flores then returned to the Base Exchange and selected 8 packages of Topps Packers And Reindeer Cards and departed Base Exchange with out rendering payment. Burgess Detained Flores a the moment he departed the Base Exchange. I observed via the store video surveillance system Flores attempted to conceal the selected packages of Topps Turkey and Reindeer Cards and Depart with out rendering payment.

The foregoing statement is based upon
✓ my personal observation  ☐ my personal investigation
✓ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 03/01/2007  _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____  _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

CVR Scan 3/16/2007 08:54:54