IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | VIOLATION NOTICE NO. R3163355 |
| Rene Flores | : | 07-136M |
| Defendant. | : | |

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for ___RENE FLORES___.

COLM F. CONNOLLY
United States Attorney

BY: _____
NICHOLAS D. CARTER, Captain, USAF
Special Assistant United States Attorney

DATE: November 14, 2007

**IT IS SO ORDERED** this ___14th___ day of ___November___ 2007.

FILED
NOV 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge